MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE MCKINNIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC., a Pennsylvania corporation<br><br>Defendant. | Case No.: 2:13-cv-02137-RFB-GWF<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

TO: Defendant, NCC, a Division of Commonwealth Financial Systems, Inc. and its counsel of record Gary Schnitzer, Esq. and Melanie Morgan, Esq.

Plaintiff, Jamie McKinnis, hereby accepts Defendant's Offer of Judgment served upon Plaintiff, a copy of which is attached hereto as Exhibit 1, in the amount of $9,000, inclusive of any and all applicable accrued pre-judgment interest, fees, and costs.

DATED this 3rd day of March, 2015.

THE BOURASSA LAW GROUP, LLC

_____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
*Attorney for Plaintiff*

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT was electronically filed this 3rd day of March 2015, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this 3rd of March 2015 as follows:

Gary E. Schnitzer, Esq.
Amy M. Rose, Esq.
Kravitz, Schnitzer & Johnson, Chtd.
8985 S Eastern Ave, Suite 200
Las Vegas NV 89120
702-362-2203

/s/ Hilary Steward
An employee of
The Bourassa Law Group, LLC

# EXHIBIT "1"

# EXHIBIT "1"

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

**OOJ**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: mmorgan@ksjattorneys.com
*Attorneys for Defendant*
*NCC, A DIVISION OF COMMONWEALTH FINANCIAL SERVICES, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE MCKINNIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendants. | Case No.: 2:13-cv-02137-JAD-GWF |

### OFFER OF JUDGMENT

TO: JAMIE MCKINNIS, Plaintiff; and

TO: TRENT RICHARDS, ESQ., and MARK J. BOURASSA, ESQ., of THE BOURASSA LAW GROUP, LLC., her attorneys.

///

///

1

Defendant, NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC., by and through its attorneys, the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., hereby offers to allow judgment to be taken against it in the sum of NINE THOUSAND DOLLARS ($9,000.00), inclusive of any and all applicable accrued pre-judgment interest, fees, and costs. This Offer of Judgment is made pursuant to N.R.S. 17.115.

You are further notified that if notice of acceptance is not given as provided by N.R.S. 17.115 within ten (10) days from the date of service of this Offer upon you, this Offer will be deemed rejected by you; and as provided in the Rule the Court may not award you any costs or attorneys' fees and you will then be responsible for Defendant's court costs, expert costs and fees, and attorneys' fees incurred from this date forward in the event you fail to obtain a more favorable judgment than that offered herein.

DATED this 27th day of February, 2015.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: mmorgan@ksjattorneys.com
*Attorneys for Defendant*
*NCC, A DIVISION OF COMMONWEALTH FINANCIAL SERVICES, INC.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 27th day of February, 2015, a copy of the foregoing **OFFER OF JUDGMENT** was served via U.S. Mail, postage prepaid, addressed to the following:

Mark J. Bourassa, Esq.
Trent Richards, Esq.
THE BOURASSA LAW GROUP, LLC.
8668 Spring Mountain Rd., Ste. 101
Las Vegas, Nevada 89117
*Attorney for Plaintiff*

An Employee of KRAVITZ, SCHNITZER & JOHNSON, CHTD.

3